IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JOHN D. STANDFILL,

    Petitioner,

v.

    Case No. CIV-11-182-RAW-KEW

MIKE ADDISON, Warden,

    Respondent.

## ORDER

On August 14, 2014, the United States Magistrate Judge entered a Report and Recommendation, recommending that this action (commenced by Petitioner Standfill's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241) be in all respects dismissed. Petitioner Standfill has not filed an objection to the Report and Recommendation.

After a *de novo* review, and construing Petitioner Standfill's *pro se* filings liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner Standfill's petition pursuant to 28 U.S.C. § 2241 is hereby DISMISSED.

IT IS SO ORDERED this 19th day of September, 2014.

                                                  HONORABLE RONALD A. WHITE
                                                  UNITED STATES DISTRICT JUDGE
                                                  EASTERN DISTRICT OF OKLAHOMA

FILED SEP 19 2014 PATRICK KEANEY Clerk, U.S. District Court By_____ Deputy Clerk